# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

IN RE:                                                          CASE NO.: 17-28085-ABA
                                                                CHAPTER 13
**Stuart A. Brown,**
**Debtor,**

**and**

**Debra L. Brown,**
**Joint Debtor.**

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE3 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Proof of Claim - Claim No. 20 - Filed on January 3, 2018.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

TERRY GLEN TUCKER, P.C.
80 WEST BROAD STREET
BRIDGETON, NJ  08302

STUART A BROWN
DEBRA L BROWN
604 E ST
MILLVILLE, NJ  08332

ISABEL C. BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

U.S. TRUSTEE.
US DEPT OF JUSTICE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                                   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                   Attorney for Secured Creditor
                                   6409 Congress Ave., Suite 100
                                   Boca Raton, FL 33487
                                   Telephone: 561-241-6901
                                   Facsimile: 561-241-1969

                                   _____

                                   By: /s/ Kevin Buttery
                                       Kevin Buttery, Esquire
                                       Email: kbuttery@rascrane.com